839 A.2d 179

**In the Matter of Joseph R. D'ANDREA.**

**No. 863 DISC. 3.**

Supreme Court of Pennsylvania.

Nov. 24, 2003.

## ORDER

PER CURIAM.

AND NOW, this 24th day of November, 2003, a Rule having been entered by this Court on September 25, 2003, pursuant

to Rule 214(d)(1), Pa.R.D.E., directing Joseph R. D'Andrea to show cause why he should not be placed on temporary suspension and no response thereto having been filed, it is hereby

ORDERED that the Rule is made absolute; Joseph R. D'Andrea is placed on temporary suspension pursuant to Rule 214(d)(2), Pa.R.D.E., and he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.